UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA STRUJAN,

                Plaintiff,

-against-

NEW YORK CITY HALL-A FICTION, et al.,

                Defendants.

1:20-CV-7822 (CM)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On November 21, 2018, Plaintiff was barred from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Strujan v. Columbia Univ. – A Fiction*, ECF 1:18-CV-8755, 7 (S.D.N.Y. Nov. 21, 2018). Plaintiff files this new *pro se* civil action and has not paid the relevant fees.[1] The only way Plaintiff can proceed with this action, therefore, is with IFP status. But she has not sought leave to file from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the November 21, 2018 order in *Strujan*, ECF 1:18-CV-8755, 7.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

---

[1] Plaintiff originally filed this action in the Court's miscellaneous docket. By order dated September 21, 2020, however, Magistrate Judge Sarah Netburn ordered that this action be opened as a new civil action. *See Strujan v. New York City Hall – A Fiction*, ECF :20-MC-0125, 17 (S.D.N.Y. Sept. 21, 2020).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 16, 2020
         New York, New York

                                                  COLLEEN McMAHON
                                          Chief United States District Judge