UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA STRUJAN,<br><br>         Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HALL-A FICTION, et al.,<br><br>         Defendants. | 1:20-CV-7822 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 16, 2020, dismissing this action without prejudice,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the November 21, 2018 order in *Strujan v. Columbia Univ. – A Fiction*, ECF 1:18-CV-8755, 7 (S.D.N.Y. Nov. 21, 2018), this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 16, 2020
     New York, New York

                     _____
                         COLLEEN McMAHON
                     Chief United States District Judge